1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DONALD PEEL,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>  Defendants. | No. 2:15-cv-1052 CKD P<br><br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |
|---|---|

By an order filed May 18, 2015, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed application.

Accordingly, IT IS HEREBY ORDERED that the clerk of the court assign a district court judge to this case; and

IT IS HEREBY RECOMMENEDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 | time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | Dated:  June 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peel1052.fifp