UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PEEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:15-cv-1052 WBS CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed August 20, 2015, plaintiff was granted 30 days within which to file a complaint for violation of civil rights under 42 U.S.C. § 1983.  The thirty day period has expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

1

1 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

2 (9th Cir. 1991).

3 Dated:  October 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peel1052.fta